# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC | ) <br> ) <br> ) Case No. 2:18-CV-00351 |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| ASUSTEK COMPUTER INC. | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## DEFENDANT ASUSTEK'S MOTION FOR ENTRY OF JUDGMENT

Defendant ASUSTeK Computer Inc. ("Asustek"), respectfully requests that the Court enter judgment in favor of Corydoras Technologies, LLC ("Corydoras") and against Asustek, in accordance with the offer of judgment attached hereto as Exhibit A, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and Corydoras's Notice of Acceptance of the Offer, attached hereto as Exhibit B. Corydoras does not oppose this motion.

Dated: July 9, 2019

/s/ Lionel M. Lavenue
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone:  (571) 203-2700
Fax:     (202) 408-4400

**ATTORNEY FOR DEFENDANT
ASUSTeK COMPUTER INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have met and conferred with the counsel for the Plaintiff.

                                     */s/Lionel M. Lavenue*
                                     Lionel M. Lavenue


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2019.

                                     */s/ Lionel M. Lavenue*
                                     Lionel M. Lavenue
                                     FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP
                                     Two Freedom Square
                                     11955 Freedom Drive
                                     Reston, VA 20190
                                     Phone:  (571) 203-2700
                                     Fax:     (202) 408-4400

                                     **ATTORNEY FOR DEFENDANT**
                                     **ASUSTEK COMPUTER INC.**