# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASUSTEK COMPUTER INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:18-CV-00351 |

## OFFER OF JUDGMENT (FRCP 68)

TO PLAINTIFF CORYDORAS TECHNOLOGIES, LLC AND TO ITS ATTORNEYS OF RECORD:

Defendant ASUSTeK Computer Inc., by and through its undersigned attorney, hereby offers to allow judgment to be taken against ASUSTeK in this matter in the sum of $2,000.00 (Two thousand dollars) for all claims that Plaintiff has raised or could have raised in this matter.

This offer is made pursuant to the provision of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 14 days of the date that this offer is served on you.

The sum set out in this offer includes all costs incurred to date. For the avoidance of doubt, the sum set out in this offer, should Plaintiff accept it, shall be ASUSTeK's entire liability to Plaintiff, in law, equity, or otherwise, for any claim that Plaintiff has raised or could have raised in this matter.

This offer of judgment is made for the purposes of Rule 68 only, and neither it nor any judgment that may result from this offer may be construed as an admission either of liability on the part of ASUSTeK or that Plaintiff has suffered any injury or damage.

Dated: June 11, 2019

*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone:  (571) 203-2700
Fax:     (202) 408-4400

**ATTORNEY FOR DEFENDANT
ASUSTeK COMPUTER INC.**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document was served, via electronic mail, on the counsel of record who have appeared in this case on this 11th day of June, 2019.

               /s/Lisa C. Hines
               Lisa C. Hines
               Litigation Legal Assistant
               FINNEGAN, HENDERSON, FARABOW,
                 GARRETT & DUNNER, LLP