# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC Plaintiff, vs. ASUSTEK COMPUTER INC. Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:18-CV-00351 |

**NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

Plaintiff hereby gives written notice under Rule 68 of the Federal Rules of Civil Procedure of its acceptance of Defendant's June 11, 2019 Offer of Judgment.

Dated: June 25, 2019 */s/ John T. Polasek*

 John T. Polasek
 Texas Bar No. 16088590
 ted@epiplawyers.com
 Elliott & Polasek, PLLC
 6750 West Loop South, Suite 995
 Bellaire, Texas 77401
 Telephone:  (832) 485-3560
 Facsimile:  (832) 485-3511

 Elizabeth L. DeRieux
 State Bar No. 05770585
 ederieux@capshawlaw.com
 CAPSHAW DERIEUX, LLP
 114 East Commerce Avenue
 Gladewater, Texas 75647
 Telephone: (903) 845-5770

 **ATTORNEY FOR PLAINTIFF**
 **CORYDORAS TECHNOLOGIES, LLC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was served, via electronic mail, on counsel of record who have appeared in this case, on June 25, 2019.

                                                  */s/ Tari Martin*
                                                  Tari Martin