IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC ) | |
| ) | Case No. 2:18-CV-00351 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASUSTEK COMPUTER INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Before the Court is Defendant ASUSTeK Computer Inc.'s ("Asustek"), Motion For Entry Of Judgment. Accordingly, the Court hereby enters Final Judgment in this matter against Defendant Asustek. It is further **ORDERED** that Asustek pay Corydoras $2,000.00 pursuant to the Offer of Judgment. Each side shall bear its own attorney fees.