### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CORYDORAS TECHNOLOGIES, LLC ) | |
| ) | Case No. 2:18-CV-00351 |
| Plaintiff, ) | |
| vs. ) | |
| ASUSTEK COMPUTER INC. ) | |
| Defendant. ) | |

### PROPOSED ORDER

Before the Court is Defendant ASUSTeK Computer Inc.'s ("Asustek"), Motion For Entry Of Judgment.  Accordingly, the Court hereby enters Final Judgment in this matter against Defendant Asustek. It is further **ORDERED** that Asustek pay Corydoras $2,000.00 pursuant to the Offer of Judgment. Each side shall bear its own attorney fees and costs.